AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**02/10/2026**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: Y. Lujan**
**Deputy**

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:26-M -00033(1) |
| | § |
| (1) Jesus Noe ESCONTRIAS | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 05, 2026** in **Ward** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, ESCONTRIAS, JESUS NOE attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title _____**8**_____ United States Code, Section(s) __**1326(a) and (b)(2)**__

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Jesus Noe ESCONTRIAS, was arrested by Van Horn Border Patrol Agents, on February 05, 2026, for being an illegal alien present in*

**Continued on the attached sheet and made a part of hereof.**

/s/ Rafael Ortega

Signature of Complainant
Border Patrol Agent

February 10, 2026                                    at   Alpine, Texas
Date                                                              City and State

Complaint sworn to in my presence and and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:26-M -00033(1)

WESTERN DISTRICT OF TEXAS

(1) Jesus Noe ESCONTRIAS

FACTS   (CONTINUED)

the United States.  Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 11/16/2022 through San Ysidro, CA. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

ESCONTRIAS, JESUS NOE is a citizen and national of Mexico.


IMMIGRATION HISTORY:
ESCONTRIAS, JESUS NOE has been deported 1 time(s), the last one being to MEXICO on November 16, 2022, through SAN YSIDRO, CA


CRIMINAL HISTORY:
01/16/1996, Alpine, TX, Possesion Marijuana(F), CNV, 10 years probation.
03/20/1996, Midland, TX,  TERRORISTIC THREAT(M), UNK, Unknown.
08/16/1996, Pecos, TX, SEXUAL ASSLT(F), UNK, Uknown.
06/29/2003, Pecos, TX, UNLAWFUL CARRYING WEAPON(M), ACC, Uknown.
02/16/2015, Midland, TX, DRIVING WHILE INTOXICATED(M), CNV, 9 Days.
07/24/2015, Odessa, TX, UNL POSS METAL OR BODY ARMOR BY FELON(F), DSM, Unknown.
08/28/2015, Midland, TX, AGG ASSLT W/DEADLY WEAPON(F), CNV, 3 years.
03/04/2018, Midland, TX, POSS WITH INTENT OF MARIJUANA (FOREIGN ORIGIN)(F), CNV, 60 months.